AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Anthime Joseph Gionet<br>*Defendant* | )<br>)<br>) Case No. 1:21-mj-00014<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthime Joseph Gionet

Date:   01/27/2021

*Attorney's signature*

Zachary John Thornley - AZ Bar No: 032363
*Printed name and bar number*
3636 N Central Ave
STE 1000
Phoenix, AZ. 85012

*Address*

Thornley_Courts@mayestelles.com
*E-mail address*

(602) 714-7900
*Telephone number*

(602) 357-3037
*FAX number*