IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>ANTHIME J. GIONET,<br><br>　　　　Defendant. | Criminal No. 21-mj-14<br><br>**SUPPLEMENTAL NOTICE OF DECLARATION** |

## INTRODUCTION

On January 25, 2021, this Court requested a supplemental motion or notice clarifying whether undersigned counsel has or has not been disciplined by any bar.

## DECLARATION

I declare under penalty of perjury:

(1) That I have never been disciplined by any bar at any time ever.

DATED this 27th day of January 2021.

**MAYESTELLES PLLC**


By:__/s/Zachary Thornley_____
Arizona State Bar No: 032363
MayesTelles, PLLC.
3636 N Central Ave
STE. 1000
Phoenix, AZ. 85012

**MAYESTELLES PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA 85012-1927

1
2   cc: Elizabeth Aloi
3   Assistant United States Attorney
    United States Attorney's Office
4   555 Fourth Street, N.W.
    Washington, D.C. 20530
5   Telephone: 202-252-7212
    Email: elizabeth.aloi@usdoj.gov
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MAYESTELLES PLLC
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA 85012-1927