AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-00014 |
| Anthime Joseph Gionet | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Anthime Joseph Gionet,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:  01/07/2021

G. Michael Harvey
2021.01.07 20:49:39
-05'00'

*Issuing officer's signature*

City and state:  Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-5-21, and the person was arrested on *(date)* 1-15-21
at *(city and state)* Houston, TX.

Date: 1-15-21

*Arresting officer's signature*

DUSM Louis LaBarge
*Printed name and title*