# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br><br>ANTHIME GIONET,<br><br>      Defendant | **NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION**<br><br>**21-MJ-00014 (GMH)** |

## INTRODUCTION

Counsel has new contact information.  Counsel has updated all Pacer with the updated contact information.  Counsel submits this notice to update the Court for all future pleadings, notices or communication in the above-entitled cause.

The new contact information is as follows:

Thornley Law Firm
Zachary J. Thornley 032363
1650 N Dysart Rd. Suite 4
Goodyear, AZ. 85395
Phone (602) 686-5223 | Fax (928) 433-5909
Courts@ThornleyLawFirm.com

Respectfully submitted this 16th day of March 2021.

                                            **THORNLEY LAW FIRM**

                                            /S/Zachary Thornley
                                            Arizona State Bar No: 032363
                                            Thornley Law Firm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1650 N. Dysart Rd. Suite 4
Goodyear, AZ. 85395
ATTORNEY FOR DEFENDANT