# UNITED STATES DISTICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                            **21-MJ-00014 (GMH)**

ANTHIME GIONET,

    Defendant.

## **CONSENT MOTION TO CONTINUE STATUS HEARING**

Defendant, Anthime Gionet, through counsel, respectfully requests this Court to continue the status hearing currently set for February 17, 2022. Defendant also agrees to exclude time under the Speedy Trial Act. The parties are requesting the status hearing to be reset out between 30 days.

The parties are continuing to confer for potential pretrial resolution. Also, disclosure of discovery remains ongoing in this matter much like all the other pending January 6 cases.

The additional time is needed, and Defendant submits that the ends of justice are served by additional time requested.

Respectfully submitted this 14th day of February 2022.

1

**THORNLEY LAW FIRM, PC.**

/s/Zachary Thornley
Arizona State Bar No: 032363
Thornley Law Firm, PC.
1650 N. Dysart Rd., Suite 4
Goodyear, AZ. 85395
Courts@ThornleyLawFirm.com
(602) 686-5223 (Office)
(602) 377-6863 (Direct)
(928) 433-5909 (Fax)
ATTORNEY FOR DEFENDANT