IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-mj-14 |
| | : | |
| | : | |
| ANTHIME GIONET, | : | VIOLATION: |
| | : | |
| Defendant. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |
| | : | |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, ANTHIME GIONET willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/Elizabeth Aloi
Elizabeth A. Aloi, N.Y. Bar No. 4457651
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorneys
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7212 (Aloi)
(202) 252-7153 (Brown)
Fax: (202) 514-6010
Elizabeth.Aloi@usdoj.gov
Christopher.Brown6@usdoj.gov