# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim No. 22-cr-132 (EGS)** |
| : | |
| **ANTHIME JOSEPH GIONET,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5, please notice the withdrawal of Elizabeth Aloi as counsel for the Government in this matter.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ *Elizabeth Aloi*
        Elizabeth Aloi
        D.C. Bar No. 1015864
        Assistant United States Attorney
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-7212
        Fax: (202) 514-6010
        Elizabeth.Aloi@usdoj.gov