# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 22-cr-00132 (EGS)** |
| **ANTHIME JOSEPH GIONET** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Anthony L. Franks, who may be contacted by telephone at (314) 539-3995 or email at anthony.franks@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney's Elizabeth Aloi and Christopher Brown.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
For the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov