UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:22-cr-00132 (TNM)** |
| **v.** : | |
| : | |
| **ANTHIME GIONET,** : | |
| : | |
| **Defendant** : | |

## NOTICE OF FILING VIDEO EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Video exhibits will also be made available to the public consistent with Standing Order 21-28 issued by the Chief Judge on May 14, 2021 as ordered by this Court. Each exhibit is briefly identified and described below:

1. Exhibit 1, which is a video of Gionet's October 19, 2022 livestream celebrating the transfer of this case from District Judge Emmet G. Sullivan to this Court.

2. Exhibit 2, which is a video of Gionet livestreaming on January 5, 2021 at the Black Lives Matter Plaza.

3. Exhibit 3 and 3a, which are videos of Gionet livestreaming on January 6, 2021 while he walked to the U.S. Capitol.

1

4. Exhibit 4, which is CCTV of Gionet breaching the Capitol Building on January 6, 2021 through the Upper West Terrace emergency door at approximately 2:35 p.m.

5. Exhibit 5, which is CCTV of Gionet in the Crypt on January 6, 2021 at approximately 2:47 p.m.

6. Exhibit 6, which is a video of Gionet livestreaming inside of the Capitol on January 6, 2021 and celebrating with his fellow rioters.

7. Exhibit 7, which is a video of Gionet livestreaming on January 6, 2021 in the Senate Wing celebrating with his fellow rioters.

8. Exhibit 8, which is a video of Gionet livestreaming on January 6, 2021 rioters chanting "Whose House? Our House!" in the Senate Wing.

9. Exhibit 9, which is a video of Gionet livestreaming on January 6, 2021 and depicting a rioter breaking the wooden shutters and glass to the Senate Wing windows.

10. Exhibit 10, which is a video of Gionet livestreaming on January 6, 2021 and depicting property destruction, Gionet imploring rioters not to leave the Capitol building, and rioters chanting.

11. Exhibit 11, which is a video of Gionet livestreaming on January 6, 2021 and depicting Gionet chanting, "Police are traitors! Police are traitors!"

12. Exhibit 12, which is a video of Gionet livestreaming on January 6, 2021 and depicting Gionet entering a Senate office, interviewing rioters, and using a conference room phone and pretending to call the Senate.

13. Exhibit 13, which is a video of Gionet livestreaming on January 6, 2021 and depicting Gionet entering a Senate conference room, resting his feet on a table, and chanting with other rioters.

14. Exhibit 14, which is a video of Gionet livestreaming on January 6, 2021 and depicting Gionet at the Senate Wing door berating a Capitol police officer as the police force Gionet out of the Capitol building at approximately 3:17 p.m.

15. Exhibit 15, which is CCTV of Gionet at the Senate Wing door berating a Capitol police officer as the police force Gionet out of the Capitol building at approximately 3:17 p.m.

16. Exhibit 16, which is CCTV of Gionet's second breach of the Capitol building at the Senate Wing door at approximately 3:25 p.m.

17. Exhibit 17, which is a video of Gionet livestreaming on January 6, 2021 and depicting rioters entering the Capitol, and Gionet chanting and encouraging property destruction.

18. Exhibit 18, which is CCTV of Gionet exiting the Capitol building through the Senate Wing door, while continuing to record his livestream.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC  20530
anthony.franks@usdoj.gov
(314) 539-3995

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

/s/ Anthony L. Franks
Anthony L. Franks
Assistant United States Attorney

4