# Exhibit 8

# Mitigation Memorandum
# Tamara James, MSW
# Chronicle Sentencing Services

CHRONICLE SENTENCING SERVICES                                         TAMARA JAMES, MSW

# Mitigation Memorandum
## Anthime Gionet, Case No. 1:22-cr-00132 (TNM)

I reviewed this case for possible mitigation issues at the request of Anthime Gionet's attorney, Zachary Thornley. I am a capital mitigation specialist with 20 years of experience. I have a master's degree in Social Work and have attended numerous trainings and conferences pertaining to mitigation. I have worked on non-capital trial, capital trial, capital post-conviction, capital habeas, and juvenile lifer cases.

I spoke with Mr. Gionet, Susanne and Paul Gionet (his parents), and Aaron Lester (his Catholic sponsor). In addition, I have requested and reviewed relevant documents regarding his educational, social, medical, and psychological history. They include:

- Government statement
- Presentence report
- Clearwater Family Dental
- Grace Christian School
- Dr Adam Koelsch
- Multiple media articles

Outstanding records include his college transcript from Azusa Pacific University and East Valley Family Therapy records. If time had permitted, I would have requested additional documents. For instance, records from California psychiatrist, pediatrician records from Alaska, and employment records.

Mitigating Factors:
- Sober for the past five years
- Sought out counseling for behavioral addiction
- Currently under psychiatric treatment
- Received treatment for sleep apnea
- Actively involved in his faith
- No more livestreaming in public
- Domestic responsibilities including paying a mortgage and utilities
- Cut ties with negative influences
- Improved self esteem
- No longer propelled by fame

**Early Life:**

Anthime "Tim" Gionet was born in Anchorage, Alaska to his parents, Paul and Susanna Gionet. He is the third of three biological siblings. For the first nine years of his life, Tim was raised as the baby of a stable family who attended church regularly and participated in many family activities. His parents wanted to expand their family and spent many years trying to adopt an American child without success. When they were notified of the option to adopt Russian

children, they jumped at the chance. Tim was excited initially. After three sisters (ages 5, 7, and 12) were adopted in 1996, reality hit the family. The three girls were not familiar with American culture, did not speak English, and had their own special needs related to pre-adoption trauma.

Bringing additional children into a family, whether through adoption or blended families, changes the dynamics and impacts each child differently. Tim reported feeling abandoned by his parents during that time. They were very busy with the new members of the family. He started spending more time away from home with his friends, his behavior at school declined, and Tim started feeling depressed and anxious. He was treated for these conditions by his pediatrician but the underlying issues of Tim feeling disconnected and abandoned by his family were not resolved. One source of joy for Tim was making videos. This hobby started at an early age and was a helpful coping tool during his childhood.

A couple of years later, the Gionets were asked to adopt another set of sisters. The family moved to Russia and adopted two more sisters. They lived in Russia for a year while learning how to care for the adopted girls. The most recent adoptees came with severe emotional issues related to their experiences prior to the adoption. While living in Russia, Tim did his best to adapt and fit in. He attended school online and played drums at church. Despite not knowing the language, he made friends and taught other kids how to play drums. He continued making videos during this time. Despite the family's desire to welcome and help disadvantaged children from Russia they may have overlooked the negative impact of adding so many new children with special needs to their family while relocating internationally on their biological children.

Upon the family's return to Alaska, Tim entered the 10th grade and finished his schooling at Grace Christian Church. He did well in his studies which were all college prep level courses. Tim admits he was a class clown and popular at school. He sought the attention he wasn't getting at home from those at school. He was the President of the Student Council his senior year.

Soon after graduating from high school, Tim left Alaska and moved to Los Angeles to start college. He couldn't wait to be on his own and away from the rules of his parents. Tim left the nest without a true sense of self. His need to fill that void would push him to accomplish more and more in an attempt to gain the love and attention of his parents.

**The Fast Life:**

Between 2006-2011, Tim admits he drank heavily and experimented with drugs while studying in California. As a youth he had not tried alcohol or drugs and was quickly caught up in the party scene. Tim sought out help from a psychiatrist when he had trouble focusing on his studies. He was prescribed Adderall. Tim eventually abused this medication too. Despite all this, Tim graduated from Azusa Pacific University with a degree in Marketing.

After college, Tim interned at Capital Records, Warner Brother Records, and the Warped Tour. His drinking and drug use continued while working at Buzzfeed in 2016. Many of his coworkers participated in similar activities. There were often open bars at company parties. On a visit home to Alaska to see his parents, Tim was hung over and missed his mother's birthday. Letting his parents down was too much for Tim. He realized how out of control his life had become. He

sought out an Alcoholics Anonymous (AA) group that same day. When he returned to Los Angeles, Tim continued the AA meetings. He admits having a couple of relapses throughout the several years he was involved with AA. Relapses are typical of all people in recovery, but he continued to work the program and remained committed to his sobriety.

While working at BuzzFeed, Tim's political beliefs started to shift away from his long held political leanings towards Libertarianism as he learned more about Donald Trump's philosophies. This led him to a more conservative ideology and caused divisions between himself, his coworkers, and friends. He started wearing a MAGA hat at the office and spoke out about his new beliefs. He eventually left Buzzfeed and started touring with Milo Yiannopoulos, a conservative political commentator from England. Tim was employed by Breitbart at this time which opened doors for him to meet other people with a similar mindset. He met Donald Trump at a rally in San Diego that year. Mr. Trump signed Tim's arm next to his Donald Trump tattoo. He attended the National Republic Convention in July 2016 and was granted special access due to his status with Breitbart. Tim started livestreaming people in public during this time and got his first dose of fame and money. This attention eased the emptiness inside of Tim causing him to seek more. He was a rising star, but at what cost?

**A New Ideology:**

The next couple of years (2016-2017) were very busy for Tim. He became involved in the Trump campaign, wrote a book he self-published on Amazon, and became more outspoken online about his conservative views. This included livestreaming the public and their reactin to him. He was very popular online and received lots of attention. He was rewarded financially as well. However, during the Unite the Right Rally in Charlottesville, Virginia things started to take a turn. Shortly after arriving at the rally, Tim was pepper-sprayed in the eyes. This event had a lasting impact on Tim for many reasons. The physical injuries he sustained required hospitalization. When he returned home to Los Angeles, his mother came to help him. His eyes were bandaged for a week, and he could not look at any type of computer screen, TV screen, or phone screen. These injuries would take months to heal.

In addition, Tim's presence at the rally left him labeled as a Neo-Nazi. He admitted Neo-Nazis were at the rally, but he wasn't one of them. As a result, his parents and their business were harassed, Tim received death threats, and he lost friendships. Tim felt betrayed by his source of validation, other celebrities and fans were now calling him a Neo-Nazi. Tim was deeply embarrassed and went into hiding. When Tim looks back on the videos he made at that rally, he cringes. He was stupid back then and just wanted attention. He was naively focused on how many views he would get from his livestream. It turned out to be a humiliating and traumatic incident. Tim states he would never go to an event like that now.

The physical and character attacks he suffered from that rally left a lasting impression on Tim. For months after he lived with a chronic impending feeling of doom. He was embarrassed by the incident and wanted a change in his life. In July 2018, Tim moved to Arizona for a new start.

**Tim's Attempt to Reset:**

Tim's move to Arizona allowed him to reflect on who he had become and who he wanted to be. His life had become quite chaotic with the Trump election, fallout at BuzzFeed, and his growing addiction to livestreaming others and their reactions to him. Addictive behavior is any behavior someone compulsively engages in and has trouble controlling or stopping. The individual continues the behavior despite negative consequences. In Tim's case, he had earned a bad reputation had been labelled a white supremacist, troll, antisemitic, and Neo-Nazi. His online persona caused familiar estrangement as well as the loss of friendships over the years. Despite these things, Tim continued making controversial statements and doing outlandish stunts. He no longer wanted to be treated with contempt and have those close to him leave. In order to better understand himself, Tim started seeing a counselor and a psychiatrist. He worked odd jobs that were not associated with the internet to distance himself from social media. He learned about boundaries and addiction from his counselor. Besides managing his medication, Tim's psychiatrist encouraged him to eat a healthy diet and exercise regularly.

For the remainder of 2018 and into 2019, Tim maintained a quieter and healthier life. He worked different jobs, continued to see his psychiatrist and take his medication as prescribed, improved his diet, and participated in counseling regularly. Tim turned towards his faith for solace as well. He started attending a Catholic church in Gilbert, AZ. He met another young man, Aaron Lester, involved in that church who took Tim under his wing. They met regularly to discuss life and Christian values. Tim chose to convert to Catholicism and completed the RCIA courses required with Mr. Lester as his Catholic sponsor. Tim's Catholic Confirmation occurred a year later in September 2020. Mr. Lester has remained a mainstay in Tim's life and gives him a place to reflect outside of the social media world. The life Tim had created in Arizona would ultimately end when he started livestreaming in public again. As with many addicts, Tim thought he could handle re-entering the social media world. However, the instant rush of validation from fame online took over and Tim was caught up in the wave. Fame on social media was readily available and too easy to resist.

## **Chasing Fame:**

The last few months of 2020, Tim started engaging in riskier and more outlandish behavior online to satisfy his fans. The crazier the behavior, the bigger the reward. He earned money from the stunts as well. Anna Lembke describes the biology behind such reward driven behavior in her book, *Dopamine Nation*. Human nature is wired for social connection. Dopamine is released in the brain when these connections are made giving us a sense of pleasure. This makes us want to repeat that experience. The multitude of options for connecting on social media is endless these days. Over the years, Tim sought attention on as many platforms as possible, including Twitter, YouTube, Vine, Facebook, Twitch, and DLive. His desire for views and trends outweighed anything else. He became addicted to the attention and the income derived from his antics.

One of the hallmarks of addiction is continuing a behavior despite negative effects to oneself and their life. Tim's negative livestreaming lifestyle had left him alone and with a horrible reputation. He continued the behavior despite these consequences. At one point in his life, having bad attention was better than no attention at all. This harkens back to his childhood when he felt abandoned and insecure. Those deep-seated feelings were driving his actions as an adult. He started to touch on these issues in counseling but had not quite overcome the addiction to

livestreaming in public yet. So, when he was pulled back into that lifestyle, he was unable to resist. Addiction, even with treatment, is a lifelong issue but is something that can be overcome.

The months leading up to January 6, 2021, illustrate how out of control Tim had become. He was driven strictly by his online persona and the fans that pushed him to do more and more extreme actions. Tim pepper sprayed a bar security guard in Scottsdale at the behest of a fan while livestreaming at a bar. He also tore down a public Hanukkah display at the suggestion of another fan. When the fans posted suggestions in the chat box, Tim felt compelled to perform or risk losing their attention, affection, and financial support. Both of these instances resulted in charges against Tim during the month of December 2020. While riding this wave, Tim traveled to Washington, DC to join many other Americans called to action on January 6, 2021.

**Remorse and Rebound:**

Tim's arrest for his involvement at the Capitol on January 6th was his rock bottom. Since then, he has reconsidered how he wants to be perceived online and in his personal life. He has taken many steps to fully remove himself from the lifestyle that led him to the Capitol building.

For instance, Tim no longer livestreams. He has learned through counseling, support from his family, and support from friends that this is harmful to him. He can now recognize many of those involved in his life during that time did not have his best interests in mind. In addition, fans who are willing to put him in harm's way are not people he wants in his life. These past almost two years have allowed Tim to grow into a more mature individual who has learned from his past mistakes. He is aware how his past behaviors and words have caused pain to others and no longer wants to be that person.

Tim works to redeem himself each day. He continues to attend regular appointments with his psychiatrist, maintains a healthy diet, and exercises regularly to keep himself mentally healthy. He is active in his faith and is in regular contact with Mr. Lester, his Catholic sponsor. Tim will continue counseling as needed. In addition, this past year Tim was diagnosed with and treated for sleep apnea. This condition can impact mood and behavior when untreated. Tim underwent corrective surgery to parts of his mouth and wears a dental device that helps him with more efficient sleep. This has also played a role in improving his mental health and well-being.

Tim's parents, the Gionets, report seeing a change in Tim since he was arrested in January 2021. They explained his arrest has been an awakening for Tim. He is no longer out on the streets livestreaming. They note even as a child, Tim was an entertainer and always looking for a laugh. He was a class clown. They believe his use of alcohol exacerbated his negative livestreaming behavior as well as the positive reinforcement and encouragement he received from so many followers online. The Gionets report Tim realizes he was being used by his fans and has learned who his real friends are now. He has moved past his old lifestyle and is focused on a positive future.

Mr. Lester has also noticed a change in Tim since he was arrested. The most important change is Tim removed himself from real life streaming. In addition, he went to therapy and learned about boundaries, inferiority, and codependency. He states Tim chooses to grow every day. He has

used this incident as an opportunity to turn his life around. His online persona is a reflection of this. He reads from the Bible every Sunday and does not take donations. Tim focuses on more positive topics online and no longer wants to be influenced by those who would wish him harm. Mr. Lester added Tim is at a point in his life when he wants to become a husband and a father. He is actively creating a positive environment for these opportunities to manifest.

Overall, Tim is a productive member of society who has domestic responsibilities he takes seriously. He bought a house and pays the mortgage and utilities. He works six days a week promoting his newfound passions, the Five Fs: Faith, Family, Fitness, Friends, and Finance. He wants to be a positive force online and is no longer driven by fame and fortune. He has chosen to live with dignity and not be a puppet for others. Tim's journey has allowed him to heal that young boy who desperately sought attention, any kind of attention. The man before you today is a psychologically healthy and emotionally mature version of the one who set foot in the Capitol almost two years ago.

                              Respectfully submitted,


                              Tamara James, MSW
                              Mitigation Specialist
                              December 2, 2022