UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>ANTHIME GIONET,<br><br>    Defendant. | **1:22-CR-00132 (TNM)**<br><br>**SENTENCING: JANUARY 10, 2023** |

### DEFENDANT'S NOTICE OF FLIING VIDEO EXHIBITS

Defendant, Anthime Gionet, through counsel, hereby notifies the Court of the submission of video exhibits in support of and a part thereof Mr. Gionet's Sentencing Memorandum. The video exhibits have been submitted to the Court and made available to or are already in the possession of the government. Video exhibits will also be made available to the public consistent with Standing Order 21-28 issued by the Chief Judge on May 14, 202, as ordered by this Court. Each exhibit is briefly identified below:

1. Exhibit 1 – Mr. Gionet's first interaction with Epps.

2. Exhibit 2 – Mr. Gionet's second interaction with Epps.

3. Exhibit 3 – Mix of both interactions

1

4. Exhibit 4 – Mr. Gionet first arriving at the Capitol

5. Exhibit 5 – Mr. Gionet entering first set of doors

6. Exhibit 6 – Mr. Gionet entering second set of doors.

7. Exhibit 7 – Mr. Gionet inside of the Capitol

Respectfully submitted this 5th day of December 2022.

**THORNLEY LAW FIRM, P.C.**

/s/Zachary Thornley
Pro Hac Vice Admission
Arizona State Bar No: 032363
Thornley Law Firm, PC.
18441 N 25th Ave., Ste. 103
Phoenix, AZ. 85023
Courts@ThornleyLawFirm.com
(602) 686-5223 (Office)
(602) 377-6863 (Direct)
(928) 433-5909 (Fax)
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I caused a copy of the foregoing motion to be served on counsel of record via efiing.

/s/ Zachary J. Thornley
Zachary J. Thornley
Attorney for the Defendant