UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **ANTHIME GIONET**, <br><br> Defendant. | Case No. 1:22-cr-132 (TNM) |

## ORDER

Anthime Gionet pleaded guilty to, and received a sentence for, one misdemeanor count of illegally parading, demonstrating, or picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). He is currently on probation. Gionet now requests permission to travel to Costa Rica with his family between January 5 and January 12, 2024. In response to his motion, the Government represents that Gionet has "paid fully the fine, restitution, and special assessment that the Court imposed." Gov't Response ¶ 3, ECF No. 79. Because "Gionet is fully compliant with his terms of supervision," the Government defers its position on the travel motion to the Court and "the opinion of Probation." *Id.* ¶ 5. The Government also recommends certain terms that the Court imposes below. The Probation Office has telephonically confirmed to the Court that Gionet is fully complaint with his supervised release conditions. So Probation does not oppose his travel motion. For these reasons, it is hereby

**ORDERED** that Gionet's [78] Motion to Travel is GRANTED with the following conditions:

1. In a sealed filing, Gionet shall provide the Court, the Probation Office, and the Government his planned itinerary for each day of travel;

2.  Gionet shall provide his Probation Officer with his and his parents' telephone numbers, and Probation shall promptly contact them to confirm Gionet's travel plans; and

3.  Gionet shall contact his Probation Officer each day he is traveling to verify his location.

**SO ORDERED**.

Dated:  December 4, 2023                        TREVOR N. McFADDEN, U.S.D.J.