# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | **MOTION TO TERMINATE PROBATION AND DISMISS THIS MATTER IN ITS ENTIRETY** |
| vs. | |
| ANTHIME GIONET, | 1:22-CR-132 (TNM) |
|     Defendant | |

## INTRODUCTION

Defendant, Anthime Gionet, through counsel requests this Court to terminate currently imposed probation and dismiss this matter in its entirety with prejudice.

## MEMORANDUM IN SUPPORT OF REQUESTED TRAVEL

On January 20, 2025, President Donald J. Trump, pardoned all defendants prosecuted with the events of January 6, 2021, as a pretense. Under the "GRANTING PARDONS AND COMMUTATION OF SENTENCES FOR CERTAIN OFFENSES RELATING TO THE EVENTS AT OR NEAR THE UNITED STATES CAPITOL ON JANUARY 6, 2021" pardon (the "Pardon"), President Trump proclaimed an end to the "…grave national injustice that has been perpetrated…" and acting on authority of Article II, Section 2, of the United States Constitution, subsection "b" of the Pardon "grants a full, complete and unconditional pardon to all other individuals convicted of offenses related to the events that occurred at or near the United States Capitol on January 6, 2021."

Here, Mr. Gionet is a victim of the injustice of prosecution that was perpetrated as President Trump has indicated and his case was prosecuted for his presence at the Capital on January 6, 2021.

**CONCLUSION**

Pursuant to the Pardon issued by President Trump.  Mr. Gionet respectfully demands immediate dismissal.

Respectfully submitted this 21st day of January 2025.

**THORNLEY LAW FIRM**

/S/Zachary Thornley
Arizona State Bar No: 032363
Thornley Law Firm
P.O. Box 74065
ATTORNEY FOR DEFENDANT